**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Adekunle A. Onadolu

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

I establish my links on
twitter
They are hyper links

_____

_____

_____

_____

_____

_____

_____

_____

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

(check one)

RECEIVED

APR 20 2026

AT 8:30___         M
CLERK, U.S. DISTRICT COURT - DNJ

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff         Name              Adekunle A. Onadolu
                  Street Address    480 Jackson Rd
                  County, City      Atco New Jersey
                  State & Zip Code  N.J. 08004
                  Telephone Number  1856-298-9222

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case  involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. §  1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal Questions            [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff     [ ] U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  discrimination _____

_____

_____

- 2 -

C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.    Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.  Describe how <u>each </u>of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur? _On twitter_

B.      What date and approximate time did the events giving rise to your claim(s) occur? _the account establishes the day on twitter and and youtube_

C.      Facts: I created some links under my profile on twitter that became a success yeas ago I was able to go from one page to the next easily then the links staqued up on othe apps that were created in agrnine with guys and girls who don't create apps or links they are on my page Alan Ace Rothstein on twitter through my profile as these links was stared people made money off of them I am also a rapper so I don't know if they are going to have a revolution or are they going to pay me I spoke to elon musk my other link maybe an educational link that is used with the space bar along with the hyperlink the cops shoot you uhen everybody is laughing I went to a technology school and now my links are everywhere Please make some kind of copyright judgement

- 3 -

IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Brain damage

V.      Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. 90,000,000 and respect

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of __April__ , 20 26 .

Signature of Plaintiff _____

Mailing Address 480 Jackson rd

Atco New Jersey

08604

Telephone Number 1 856 - 298 - 9222

Fax Number *(if you have one)* _____

E-mail Address famous 128th@yahoo.com

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

- 5 -